IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS, WESTERN DIVISION

KIM BLACKSHIRE-LEE, as Special                    PLAINTIFF
Administratrix of the Estate of Bradly
Blackshire, Deceased

Vs.                          CASE NO.:4:19-CV-398-BRW

OFFICER CHARLES STARKS #34308,
OFFICER MICHAEL SIMPSON #36194,
And THE CITY OF LITTLE ROCK                       DEFENDANTS

## ENTRY OF APPEARANCE

COMES NOW, Robert A. Newcomb and hereby enters his appearance in behalf of Officer Charles Starks.

1. Officer Starks has today sent a Waiver of the Service of Summons to counsel for the Plaintiff.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served via U.S. Mail this 5___ day of July, 2019, to:

Mr. Omavi Shukur
311 North Aberdeen Street
3rd Floor
Chicago, IL 60607

Robert A. Newcomb