IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
ARKANSAS WESTERN DIVISION

| | | |
|---|---|---|
| BRITNEY WALLS, as Special Administratrix of the Estate of Bradley Blackshire, Deceased | ) ) ) ) | No. 4:19-cv-398 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Billy Roy Wilson |
| CHARLES STARKS, MICHAEL SIMPSON, and THE CITY OF LITTLE ROCK | ) ) ) ) | JURY TRIAL |
| Defendants. | ) ) | DEMANDED |

## MOTION TO WITHDRAW MOTION FOR A PROTECTIVE ORDER

COMES now, the Defendant Charles Starks by and through his attorney Robert A. Newcomb and hereby requests that the Court permit him to withdraw his motion for a Protective Order, document 25.

The Defendant believes that he will be able to resolve the issues with the counsel for the Plaintiff. The agreement has been basically been reached but the motion had already been signed prior to the undersigned counsel having surgery and was filed without the knowledge that there was going to be agreement.

WHEREFORE, it is respectfully prayed that this Court will Order that the Motion for a Protective Order be deemed moot.

Respectfully submitted,

Robert A. Newcomb, #73087
Attorney at Law
P.O. Box 149
Little Rock, AR 72203
robertnwcmb@aol.com
P: 501-372-5577
F: 501-372-6025

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served via Email this 5 day of November, 2019, to:

Mr. Omavi Shukur
omavi@loevy.com

Alex Betton
abetton@littlerock.gov

Tom Carpenter
tcarpenter@littlerock.gov

Arthur Loevy
arthur@loevy.com

Jon Loevy
jon@loevy.com

David B. Owens
david@loevy.com

Robert A. Newcomb