IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
ARKANSAS WESTERN DIVISION

| | |
|---|---|
| BRITNEY WALLS, as Special Administratrix of the Estate of Bradley Blackshire, Deceased<br><br>Plaintiff,<br><br>v.<br><br>CHARLES STARKS, MICHAEL SIMPSON, and THE CITY OF LITTLE ROCK<br><br>Defendants. | No. 4:19-cv-398<br><br>Judge Marshall<br><br>JURY TRIAL DEMANDED |

## AFFIDAVIT OF WILLIAM HIGH

I state under oath that I am over the age of 18 and of sound mind.

1. I am employed by the City of Little Rock as a Police Officer.

2. On February the 22nd of 2019 I was assigned to the Special Investigations Division of the Little Rock Police Department.

3. Part of my job at the Little Rock Police Department was to monitor the equipment that was connected to the license plate readers throughout the City of Little Rock.

4. A license plate reader reads the license plates of vehicles as they pass the reader's location. This is an electronic process. When a license plate is read that is on a stolen vehicle or has some other reason for the police to be interested into it the equipment notifies the individual assigned to monitoring it.

5. On February 22ⁿᵈ, 2019 a license plate reader notified me that it had read the license plate on a stolen Nissan Altima traveling on 12th street.

6. The license plate was verified by the Arkansas Crime Information Computer as being on a stolen automobile that matched the description of the vehicle that I could see on camera.

7. I requested a patrol unit to stop the vehicle.

8. Charles Starks was the nearest unit and I directed his travel to where he was able to come in contact with the vehicle when it had parked in a parking lot at the corner of 12th street Kanis Road and Rodney Parham Road. Somewhat obscured from 12th street by the presence of another vehicle.

9. Because of poles in the area I could not clearly see what was going on at the vehicle.

10. I state that the foregoing is true and correct.

_____
William High

STATE OF ARKANSAS )
                  )ss
COUNTY OF Pulaski )

IN WITNESS WHEREOF, I have hereunto set my hand and official seal this 20ᵗʰ day of April, 2020.

_____
Notary Public

My Commission Expires:

April 14, 2029



EMILY NICHOLLE CAUDLE
MY COMMISSION # 12707266
EXPIRES: April 14, 2029
Pulaski County