# THE INITIATIVE FOR A JUST SOCIETY
AT COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

Columbia Law School | 435 West 116th Street, New York, NY 10027 | +1 212.853.2138 | ijs@law.columbia.edu

October 8, 2021

*Via* ECF
Judge D.P. Marshall Jr.
United States District Court
500 West Capitol Avenue
Little Rock, Arkansas 72201
Re: Walls v. Starks, Dkt: 4:19-cv-00398-DPM

Dear Judge Marshall:

Plaintiff, through undersigned counsel, writes to clarify on the record that the settlement agreement in this matter is subject to the approval of the Probate Court. Plaintiff will not dismiss the claims in this matter unless the agreement is approved by the Probate Court, which hopefully will happen in the coming days.

By:

*/s/ Omavi Shukur*
Omavi Shukur
Institute for a Just Society
Columbia Law School
omavi.shukur@law.columbia.edu


cc: All counsel of record (via ECF)