IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRITNEY WALLS, as Special Administratrix
of the Estate of Bradley Blackshire, Deceased                    PLAINTIFF

v.                    No. 4:19-cv-398-DPM

CHARLES STARKS, Officer;
MICHAEL SIMPSON, Officer;
and CITY OF LITTLE ROCK                                          DEFENDANTS

## JUDGMENT

Walls' complaint is dismissed with prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 November 2021